## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WILLIAM LEONARD PICKARD**, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>**CLYDE APPERSON**, )<br>)<br>Defendant. ) | **Case No. 00-40104-01-RDR**<br>**00-40104-02-RDR** |

### O R D E R

This matter is presently before the court upon the following motions filed by the defendants: (1) motion for judicial notice regarding sealed CI files (Doc. # 734); (2) motion to supplement record on appeal (Doc. #735); and (3) motion for ruling regarding Doc. # 734 (Doc. # 736).  Having carefully reviewed these motions, the court is now prepared to rule.

As the motions filed by the defendants recognize, this case is presently before the Tenth Circuit on appeal.  The Tenth Circuit recently heard oral argument on the appeal of this court's order of May 9, 2012.  In that order, the court denied defendants' motion to unseal certain documents and defendants' Fed.R.Civ.P. 60(b) motion directed at the court's order of January 24, 2011.  The court shall consider the instant motions because a ruling may be of some benefit to the Tenth Circuit in considering the appeal.

MOTION FOR JUDICIAL NOTICE REGARDING SEALED CI FILES (Doc. # 734)

In their first motion, the defendants asked the court to take judicial notice that the confidential informant file of Gordon Todd Skinner produced by the Drug Enforcement Administration in this case consists of the following documents: "(a) the undated 11-point 'Risk Assessment'; (b) the Quarterly Management Review of January 19, 2001; (c) the Quarterly Management Review of March 30, 2001; and (d) the Deactivation report of June 27, 2001." The defendant suggests that the court should take judicial notice of this information "as a basis for further proceedings" in this case and in Pickard v. DOJ, 06-00185-CRB (N.D.Cal.).

The court is at a loss concerning the significance of this motion. Nevertheless, the court will take judicial notice that the confidential informant file of Gordon Todd Skinner provided to it by the DEA does contain the records noted by the defendants. The court's file does contain other records as well and the court notes that most, if not all of them, were disclosed to the defendants during the course of the trial.

MOTION TO SUPPLEMENT RECORD ON APPEAL (Doc. #735)

In this motion, defendants seek to supplement the present record on appeal. The defendants request that the court forward the following sealed documents to the Tenth Circuit: Doc. ## 283, 285, 293 and 734.

Once again, the court is at a loss concerning the significance of these documents for the appeal. The first document requested by the defendant, Doc. # 283, is a courtroom minute sheet indicating that the court held a Fed.R.Crim.P. 17(b) hearing on defendant Pickard's request for production of witnesses on March 4, 2003. The second document, Doc. # 285, is an order prepared by defendant and signed by the court directing the production of certain witnesses pursuant to Rule 17(b). The third document, Doc. # 293, is another courtroom minute sheet indicating that a hearing was held on a potential witness who wanted to invoke her Fifth Amendment right not to testify. The last document, Doc. # 734, is the motion decided by the court previously in this order.

Even though the court is troubled by the lack of relevance of these documents to the appeal before Tenth Circuit, the court shall nevertheless grant the defendants' request and supplement the record on appeal. The court is not aware of all that is being argued by the defendants so these documents may have some importance that is unknown to the court.

MOTION FOR RULING RE: DOC. 734

The defendants request that the court rule on the motion asserted in Doc. # 734. Since the court has now decided that motion, this motion shall be denied as moot.

**IT IS THEREFORE ORDERED** that defendants' motion for judicial notice regarding sealed CI files (Doc. # 734) be hereby granted as set forth in this order.

**IT IS FURTHER ORDERED** that defendants' motion to supplement record on appeal (Doc. #735) be hereby granted. The court is directed to forward Doc. ## 283, 285, 293 and 734 to the Tenth Circuit Court of Appeals to supplement the record on appeal in Case Nos. 12-3142 and 12-3143.

**IT IS FURTHER ORDERED** that defendants' motion for ruling re: Doc. 734 (Doc. # 736) be hereby denied as moot.

**IT IS SO ORDERED.**

Dated: 5/13/13

                                   s/ Julie A. Robinson
                                   Julie A. Robinson
                                   United States District Judge