IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-40104-01-RDR |
| ) | 00-40104-02-RDR |
| ) | |
| **WILLIAM LEONARD PICKARD,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| **CLYDE APPERSON,** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

This matter is presently before the court upon defendants' amended motion to supplement record on appeal. Defendants had previously filed a motion to supplement the record on appeal of this court's order of May 9, 2012. The court granted that motion on May 13, 2013. Defendants now suggest that they inadvertently sought the wrong materials in the prior motion. They now request that the court supplement the record on appeal by including the "confidential informant file" and "risk assessment" of informant Gordon Todd Skinner. Counsel for the defendants further requested that he be allowed time to review the file prior to transmittal to the Tenth Circuit. The court shall grant defendants' requests.

Following the filing of the instant motion, the court located Skinner's confidential informant file, which included the DEA risk

assessment sought by the defendants.  The court informed counsel that it was unsure that the file was complete since documents had been removed and replaced during the course of the trial and following trial.  The government then contacted the DEA agent who had submitted the file and received an itemization of what should be in the file from him.  The court then reviewed the file and determined that most of the documents listed on the itemization were in the court's file.  The government then supplied the documents that were no longer in the file.  The court then allowed both attorneys to review the file prior to this order.  Upon agreement of counsel, all documents shall be sent to the Tenth Circuit.

    **IT IS THEREFORE ORDERED** that defendants' amended motion to supplement the record on appeal (Doc. # 740) be hereby granted.  The clerk shall transmit the designated confidential informant file along with the documents recently supplied by the government.

    **IT IS FURTHER ORDERED** that the court's order of May 13, 2013(Doc. # 739) be vacated in part as it pertains to the transmission of documents to the Tenth Circuit.

    **IT IS SO ORDERED.**

Dated this 5th day of June, 2013, at Topeka, Kansas.

                                                   *s/Richard D. Rogers*
                                        United States District Judge